ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Phoenix Management, Inc. | ) ASBCA No. 63735 |
| | ) |
| Under Contract No. W52P1J-17-G-0094 | ) |
| Task Order No. W519TC-23-F-0332 | ) |

APPEARANCES FOR THE APPELLANT:     John C. Dulske, Esq.
                                   Alyssa Isenberg, Esq.
                                   Evan M. Janc, Esq.
                                     Steptoe & Johnson PLLC
                                     San Antonio, TX

APPEARANCES FOR THE GOVERNMENT:     Dana J. Chase, Esq.
                                      Army Chief Trial Attorney
                                    John C. Degnan, Esq.
                                      Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  May 20, 2026

_____
OWEN C. WILSON
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63735, Appeal of Phoenix Management, Inc., rendered in conformance with the Board's Charter.

Dated:  May 20, 2026

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals